# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

IN RE: Angela Renee Miller                                   CHAPTER 13
    SS #  XXX-XX-9489                                   CASE NO. 10-63273

       Debtor(s)

## ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
### (Automatic Payment From Employer)

The above-named debtor(s) filed a Chapter 13 petition on **11/15/2010**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

### O R D E R E D:

That, **UVA Medical Center, ATTN: PAYROLL DEPARTMENT, 1222 Jefferson Park Ave. Box 800900, Charlottesville, VA 22908,** Employer of Debtor, is hereby directed to pay unto the duly appointed Trustee, and with all payments made to, *__HERBERT L. BESKIN, TRUSTEE, P.O. BOX 1961, MEMPHIS, TN 38101-1961__, (434) 817-9913*, commencing with the next pay period, the sum of **$255.00 BI-WEEKLY**, on or before **NEXT PAY PERIOD.**

If payment herein is being made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED:   November 16, 2010

Prepared by:
/s/ Larry L. Miller, P.C.
Larry L. Miller, P.C.                                   _____
Hollymead Professional Center                           U.S. Bankruptcy Judge
1534 Insurance Lane
Charlottesville, VA 22911-7229