March 4, 2011

Clerk, United States Bankruptcy Court
 for the Western District of Virginia
1101 Court St., Room 166
Lynchburg, VA 24504

>  RE:   *In re: David Lee Miller and Angela Renee Miller*
>          Chapter 13 No. 10-63273

Dear Clerk:

We represent Augusta Health Care, Inc. This is to inform the Court that our client's claim in the amount of $103.00, filed on December 13, 2010, and listed as Claim No. 8, is hereby withdrawn.

Thank you for your assistance in this matter and please let me know if there is any additional information that I may provide.

>  Very truly yours,
>
>
>  Neal L. Walters

cc:    Larry Miller, Esq. **BY CM/ECF**
        Herbert L. Beskin, Trustee **BY CM/ECF**